# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Regina Williams 86529
(full name)       (Register No).

Plaintiff(s).

Case No. 19-6018-CV-SJ-GAF-P

v.

CORIZON
TOM Bredeman D.O. Ass. Reg. Medical Director
Stormy Moeller R.N. division   Defendants are sued in their (check one):
(Full name) Jenny Meehan R.N. director ___ Individual Capacity
Karen Epperson M.D. CCC Doctor ___ Official Capacity
Valicia Kirby - Nurse practitioner  X Both
       Defendant(s).   CCC

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Chillicothe Correctional Center 3151 Litton Chillicothe, MO 64601

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Regina Williams     Register No. 86529
Address Chillicothe Correctional Center 3151 Litton Chillicothe MO 64601

B. Defendant All Defendants Are employed by Corizon
Is employed as _____
PapeR Behind (next page)

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Thomas K Bredeman D.O Ass. Regional Medical Director for Corizon

Stormy Moeller R.N. division Director over Chillicothe Correctional Center for Corizon
Jenny Meehan R.N.

Karen Epperson M.D. Chronic Care Provider At Chillicothe Correctional Center medical

Valicia Kirby - Nurse Practioner for Chillicothe Correctional Center employed by Corizon

III. Do your claims involve medical treatment? Yes _X_ No ___

IV. Do you request a jury trial? Yes ___ No _X_

V. Do you request money damages? Yes _X_ No ___

State the amount claimed? $500,000.00 / 500,000.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes _X_ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes _X_ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes _X_ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

CCC-18-420  5.20.18 IRR was started  9.4.2018 Ended CORIZON said Not supported
CCC-18-397  5.14.18 IRR was started  7.23.2018 Ended corizon not support
inadequate medical care — Retaliation

D. If you have not filed a grievance, state the reasons.
HAVE filed Numerous grievances that are not yet done But Due to the iminient Danger of my Spinal nerves from the untreated Disease I have, I'm in so much pain And cant function in the wheelchair my Diagnosis if untreated could lead to me never walking again

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No _X_

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _NA_
          (Plaintiff)           (Defendant)
(2) Date filed: _____

2

(3) Court where filed: N A

(4) Case Number and citation: N/A

(5) Basic claim made: N A

(6) Date of disposition: N/A

(7) Disposition: N A
           (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: N A
           (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

next page

B. State briefly your legal theory or cite appropriate authority:

next page

3

## General Review

7.5.2017 to present I hAVE BeeN iN PaiN, Debilating pain from my Lower Back affecting my spine, Affecting my sciatic Nerve. IT has progresseD to the point of being in a wheel chaiR unable to preform basic human needs without pain and assistance. Walking and standing has become unbearable. My diagnosis is <ins>multi level Neuro</ins> fformAnal stenosis, Anngular Bulging Disc x 2 <ins>2mm 3mm</ins> Radiculopathy/Neuropathy. All iN my Lumbar <ins>cervical</ins> spine along with my Sacrel and coxas unDetermind Because CORIZON will NoT authozie. Any fuRtheR tests oR treatments. I hAVE BeeN sitting IN A Wheelchair since 10.19.17 unable to walk like A NoRmal Human Being. My quality of life has deminished to the point of Mental Suffering. I hAve gained 60 lbs to date from depression and ungodly amounts Of Steriods along with Now I AM Back ON mental Health medication and Seeing a psychiatrist. The pain with every mechanical movement of my Lower Spine (legs, aRm, feet head, neck all shoot to your lower spine. leaves Constant pain with every movement. <ins>although</ins> The <ins>saciti?</ins> nerve pain is controlled with meDication The entire reason foR this Civil Suit is that I AM Being Sat iN A Wheel Chair And Being refused access to A qualified Specialist imbase iN My Case a neurology consultation.

Case 5:19-cv-06018-GAF   Document 1   Filed 02/12/19   Page 5 of 19

A provider at CCC NP LABlance has requested X RAY, CT SCAN, MRI, and 2 different times A neurology visit. All of these hAVE Been Deined By CORIZON / T Bredeman, S moeller. The last denial of treatment was 4·16·18 That was to See A Neurologist. Since this date I hAve Recieved NO medical treatment except medication And a wheel chair. I want to walk I could walk And Not be going thru Any of this if CORIZON would just let me See A Specialist. I hAVE Been incarcerated here at DOC 13 years I AM going home IN 15 Months I need to be woRRied about ajusting to Society not being robbed of a normal life. I should Not hAve to be confined to a wheel ChaiR this is cruel and unusual punishment. every foot Step, every movement your lower body backs makes causes a electric shock of pain with every day life, A shower Standing IN one place is the most excursiating thing I go thru daily A shower. This has significantly Changed my whole quality of life along with the serious cumulative effect from these repeated denials of care The mental depression weight gain the pain And Hopelessness. CORIZONS Rigid list of Reason why they wont help me "NO coRd compression" That mRI was done 3·21·2018. Since then this Nothing

almost ONE year later Repeated acts have accured numerous requests for help From Sick Calls From IRR's From phone Calls From family to family Calling CORIZON All to NO Avail. I NOW hAVE NO feeling in my feet legs when I TRY to WAlK I fall I Am in So much paiN I Am Mental and physically worn out. I DO NOT Deserve this NO Human Being does. This is why I Am Requesting A injunction to force CORIZON to Send me to A neurologist. The imineint danger of paralisis is looming over me. The excessive Risk of my health AnD safety by falling and by disableing Pa I deserve to hAve a Regular prison life. CORIZON T Bredeman S moellaR K Epperson Jenny Meehan Valicia KirBy All meant to deny me necessary medical care. I hAve A Right to walk depriving me of seeing a neurologist to investigate the "cause" of my condition causing my Serious pain, paralisis. is deliberate indifference to my serious medical needs

STATEMENTS of facts

7-5-17 Sick Call Back paiN
7-18-17 Saw DR. SchAAF Percribed predizon pack
7-26-17 Sick call (pain) Never Received percribed prediza
8-28-17 Sick call
9-05-17 Sick call  } so much paiN Mother ends up calling
9-22-17 Sick call
9-27-17 provider NP T LaBlance Steriod shot
X Rays

10·2·2017 X-Ray Done
10·9·2017 X Ray Discussed by LaBlance / Provider Radiologist
(DEF #1) Requested Cat Scan for futher testing
CORIZON Denied
    Cat Scan 10·19·2017
(DEF#3) S Moeller Denied Cat Scan Requested by on site provider also Requested by Radiologist that read X-Rays.

11·2·17
11·6·17   Back pain crying for
11·9·17   help given shots of steriods
11·20·17  flexril mom has called.
11·27·17  urinating on myself
12·15·17
12·18·17 Seen Dr. Rhodes she put in a Request for me to Be evaluated by chronic care pain

Def #4  12·21·17 Denied me for chronic care even though I am already chronic care for tacyneardia for my heart. Which pain directly affects your pulse. Denied Any tests

1·4·2018 Mother Calls Im in pain

Def #5  1·19·2018 Nurse practioner Kirby tells me basically Im lazy and fat and nothing is wrong with me says Im exaggerati? my walk to work past the pain Says my Back issue is Resolved

Def #5  1·24·2018 I was Back in self Declare in so much pain and nerve pain that I couldn't stand it. NP Kirby is Rude Hateful and Condesending in her reports she lies and falsfy's her finding States things like grimacing Before touching states

lies

I have not been able to do any mechanical movements without grimacing in month. Refused futher xRays, Diagnostics says nothing is wrong with me.

1.31.18 Sick call Back pain
2.2.18 provider Another predizone pack
Def(#5) Kirby   2.13.18 Back pain Sick call Kirby intervenes
3.07.18 provider LaBlance due to vaginal Rectal numbing mRi (Lumbar only) no sacrel or coccy xRAY Repeated Lumbar only
3.8.18 Sick call
Def(#5) Kirby   3.13.18 ¢ Self Declared Kirby comes in telling me I'm faking I'm over Reacting I not in as much pain as I'm saying. Does nothing tells me to lose weigh
Def(#5)   3.18.18 Sick call Back pain elvated vital
DMA#1   3.19.18 mother called Reviend again lying on her notes taking Away the seriousness
3.23.18 Neurology Consultation Requested By provider np LaBlance, due to ABnormal negative findings on Lumbar spine mRi. Wheelchair. Ultram

Def#1 CORIZON
Def#2 T Bredeman
3.23.18
Denied neurology consulatation even though I'm in emence pain sent to physical thearpy
4.4.18 Mother Called
4.5.18 Sick call pain urinating on myself
4.14.18 Self Declare gut wrenching pain The Siactic nerve is pounding.
4.24.18 Sick call Back pain so bad vitals is Distress So Much pain

Def#1 CORIZON
Def#2 Bredeman
4.16.18 Re Submission of Neurologist Denied

DEF 1  4.16.2018
DEF 2  Denied neurology per medical Director
CORIZON  The medical necessity for neurology is
T Bredeman  not met. Chronic Lumbago with siatica.
No current Neuromuscular examination
indicating progressive or worsening
myelopathy. INmate DID Not tolerate
physical thearpy or participate in pt
MRI Reveals DJD/ Foraminal stenosis
no cord compression. Recommend
treating Inmate pain OBJectively
rather than Subjectively w/ t
Appropiate non-narcotic medication
and once pain is controlled re-
intiating pt.

4.12.18 I did try to Do physical thearpy I
was feet Shackled and arm shackled
AnD Driven to the hosiptal plus coughing
a squatting 3 times I can Barely
move But was made to do this
Before I got to the hospital.
I Did what I could the person
doing it stopped it Because of my
vitals And nausea She Reports
that she Recommends specialists
also. 75% Disabled.

AFter this transport And put in A car
instead of A wheel chair acc. van. The strip
search the Schaking the physical thearpy
The nerves are impinged from the swelling
on my spine I'm peeing on myself I
Cant feel my legs the nerve pain the constant

4.24.18 Sick Call Back pain NO ONE Will help Me.
5.2.18 I'm seeing a provider LA Blance But She tells Me there is nothing else CORIZON wont Allow Anything tells me she has been instructed to Deal with me Objectively not subjectively I asked what that meant. She said it meant to take Away the person Deal with the problem. La Blance DID give me ultram for the pain it does not help the nerve (siatica) the pulsing pounding But it does help the mechantical movement pains. Vitals off the chain

insert MAY 15 ⌄

Def(1)
Def(2) 5.18.18 T Bredeman Retaliated for filing IRR took AWAy ultram (Pain medication) Saying Because I was oN Gabapentin They Are for 2 different things ONe The Gabapentin is for a nerve Blocker. The ultram was for the pain in movements. I didn't take the ultram All the time only when I really needed it.

5.15.18 told that Gabapetin would be raised to 400mg.
5.16.18 filed A IRR oN Denying all my test And Neurologist.
5.17.18 Called by Mrs. CoRbiN She told me. She talked to T. Bredeman he SAiD NO Neurologist.

Def(1)
Def(2) 5.18.18 Retaliated And discontinued My tramadol States T Bredeman Tramadol must be discontinued if Gabapentin is started. I hAve been on Both Since 4.14.18 APP. By T Bredeman T Bredeman States T Filed 02/12/19 b↑ed this 19 of Gab

Case 5:19-cv-06018-GAF Document 1 Filed 02/12/19 Page 11 of 19
-7-

apentin And Tramadol is contraindicated
because of the potential for abuse, And
reinforcement of drug seeking behavior.
please note. he App. Both Since 4.14.18
Also I used it only when neccavry.

5.20.18 Self Declare pain so Bad

5.21.18 physical thearpy in TCU had to refuse
I had A Biopsy on my uterus today plus
no pain medication can't Do physical
thearpy

unfortunatly I have been waiting for
my medical Records Since 1.10.18 from
5.21.18 to present I paid for them
but have not recievied Them. I Am in so
much pain I can't think straight Anymore
I have got to get this filed to See
A neurosurgeon I'm hoping I Am doing
This Right on the imenient Danger
to see Aspecialist.

## My legal theory

The U.S. Constitution Requires prison officials to provide All State prisoners Adequate medical care Estelle v. Gamble, 429 U.S. 97, 103, 97 S. Ct. 285, 290, 50 L. Ed. 2d. 251 (1976). (42 U.S.C § 1983) is proper Venue while Requesting relief. Corizon is Missouri Department of Corrections Health Care provider. CORIZON is Defendant #(1) in the Official capacity Tom Bredeman is the Regional medical Director And is Defendant #2 and is being named in the "official" and "individual" Capacity. S Moeller is A RN Employed By CORIZON is Being named as Defendant #3 in the "official" and the "individual" Capacity. DR. Epperson is the Chronic care Doctor At Chillicothe correctional center And is being named in the "official" Capacity and the "individual" Capacity. Also Employed By CORIZON Valicia Kirby nurse practioner is being named in the "official" and "individual" Capicity in violating my civil Rights. The cummaulative effects of these 5 defandants in the name of CORIZON & Have intentionally delayed Medical treatment since 7-5-17 to present. My Eighth Amendment Right to be free from Cruel and unuasul punishment and the 'Unnecessary And wanton infliction of pain. applying the Deliberate indifference standard failing to investigate enough to make A informed Judgement Tillery v. Owens.

719 F. Supp. 1256 1308 (W.D. Pa 1989) aff'd, 907 F.2d. 418 (3rd Cir 1990) CORIZON As to Date has allowed me to suffer in pain sitting me in a wheelchair gaining 60 lbs mental deppression degenerating my Back at A faster Rate with little movement. CORIZON Defandent 1 thru 5 did Not properly treat me, did not investigate the cause of my medical condition, Liscio v. Warren 901 F.2d 274, 276-77 (Cir 1990) did not order diagnostic tests. (tried to order some(1) But was denied) Perez v. Anderson, 350 F. App'x 959, 961 (5th Cir. 2009.) did not send me to a specialist (was attempted 2x defendants 1*,2*,3* denied) Greeno v. Daley 414 F.3d 645, 655 (7th Cir 2005) also the intentional delay tyler v. smith 458 F. App'x 597, 598 (9th Cir 2011) also see McElligott v. foley 182 F.3d 1248 1256-57 (11th Cir 1999) findings that repeated delayes constant pain lack of diagnostic tests Murphy v. walker 51 F.3d. 714 719 (7th Cir 1995) In the Statements of facts CORIZON and the other defendants were very much aware of my repeated attempts to get medical attention to recieve proper and adequate medical attention. Even A lay person can see my medical needs The chronic and Substantial pain Brock v Wright 315 F.3d 158, 162 (2d Cir 2003) define a serious medical need as a "condition of urgency one that may produce death, degeneration or extreme pain. All of 5 Defendents ignored my obvious Diagnosed condition And left me in continual termoil Shepherd v. powers No 11 Civ. 6860 (LTS)(RLE) 2012 U.S. Dist Lexis 143721, At *6 (S.D.N.Y. Sept. 27, 2012.)

Hudson v. McHugh, Sanderfer v. Nichols, Reeves v. Collins all show that Delaying interferring with medical orders that a provider requested, The physical thearpist At Cammeron Hospital The Radiologist Reading the xrays. All were denied by Defandant 1# 2# 3#. Gil V Reed, 535 F. 3d 551. 557 (7th CIR 2008) Now almost 1 year from the last X RAY OR MRI Nothing has been done on Any treatment except for my home exercise plan that, I Do Cameron gave me almost 1 year ago. I walk at the most 3-4 MIN. I Can not stand in one place more than 8 min. my feet are numb legs numb I Fell due to legs not working urinating on 12.20.18 I was Refused Any new tests say not needed Refused neurology Deferdant #4 Says No futher treatment needed. I am in constant pain and I am afraid of The Damage that these nerves could be hurt for life. I Am in imenut Danger of Serious physical harm. I am Requesting The Courts for A injuction Requesting A neurology consult And Any tests And procedures Requested Brown v. Johnson, 387 F. 3d 1344, 1350 (11th CiR 2004) Jenny Meehan DEF #3 in the official Capacity and in the individual Capicity. in the employment of corizon is a RN But also is and has the position ~~to see~~ A of Grievances

Medical department thru corizon. When Def#3 See's inconsistantsy in medical charting and care it is her Duty of Care to Me to address the situtation and not to turn her head. I Grievance Response ccc 18-842 The information was provided to her and she wrote it down but did nothing continually allowing my medical needs to go unresolved also seeing that provider DR. Epperson ~~was~~ on 12.24.18 completely lied on my medical Records stating I was observed in no obvious distress no disability noted (Im in a wheelchair) I walked sat and stood normal. All is complelely lies. Condoneing these lies allows my medical needs to be continually denied. Allowing me to have a cumlative affect of Serious pain non stop since 7.15.17 until present my quality of life has diminshed to the point of hopeless ness. mental suffering. I'm so afraid of perment spinal injury thats what happens when you put it in the internet it says if untreatd perment injury. I do not deserve to be put in a wheelchair and go untreated. let me reitterate due to my persistence they see me but they due nothing to resolve this condition not allowing me to see a speacialist and have Current imaging on a progressive

Disease especially on my spine that is essential to the Bodies entire movement B&Willis

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Injuction to let me see neurologist cat scan of my entire spine, compensation for the pain and suffering and money spent. actual / Punitive Damages

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. NA

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes X  No ___

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted. (enclosed letter)
Thomas R Bellman 311 W. Kansas independance mo
Hiedman 111 W. Broadway Bolvar mo. 64050
John @Kurtz 816 241 2287

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes ___  No X

If your answer is "Yes," state the name and address of the lawyer.
NA

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 30 day of January 2019.

[signature] 86529
Signature(s) of Plaintiff(s)

4

Case 5:19-cv-06018-GAF   Document 1   Filed 02/12/19   Page 18 of 19

Regina Williams 8685971A
cell 3157 Wittington
Chillicothe Mo 64601

RECEIVED
2019 FEB 12 PM 12:49
U.S. DISTRICT COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

MAILED FROM
CHILLICOTHE
CORRECTIONAL CENTER

This correspondence is from an offender in the custody of the Missouri Department of Corrections. The department is not responsible for the contents of this correspondence. For information about the department or to verify information about the offender, please visit our website at www.doc.mo.gov.

U.S District Court
Office of the Courtclerk
1510 Whittaker court Househouse
400 E. Ninth Street
KcMo 64106

