scan0426.pdf



**CORIZON™**
*Promote a culture of safety*

## Practitioner Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

| | |
|---|---|
| Reference # | Date of Service 4/12/2018 |

| | | |
|---|---|---|
| Inmate: Regina Williams | Inmate ID: 86529 | DOB: 08/08/1968 |
| Facility: CCC | Facility ID: 915 | Phone: 660-646-4032 |
| Practitioner: Physical Therapy | Practitioner Type: Physical Therapy | Location: Cameron Regional Medical Center |

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***
*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

Review of Case (Chief complaint, exam findings, etc.):

*See initial evaluation.*
*Recommend further physician evaluation,*
*Pt unable to tolerate physical therapy @ this time.*

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director):

| Can equivalent medication substitution be used? | ○ Yes ○ No | Follow-up needed? | ○ Yes ○̶ No |
|---|---|---|---|

If follow up needed, explain:

| | | |
|---|---|---|
| Linda Hass P.T | X____ RN | ____ |
| Practitioner Name (Print) | Practitioner Signature | Date |

### To be completed by Corizon practitioner

| Recommendation after review of consultant's report: | ○ No further action | ○ Implement the following |
|---|---|---|

Implement:

| | | |
|---|---|---|
| Terri LeBlanc NP | Terri LeBlanc NP | 4/13/18 |
| Corizon Practitioner Name (Print) | Corizon Practitioner Signature | Date |

© 2013 Corizon Health, Inc.  All rights reserved.

scan0421.pdf



# CAMERON REGIONAL
## MEDICAL CENTER
We're Dedicated Over Lives to Yours
1600 E Evergreen, Cameron, MO 64429
(816) 632-2101

#86529

| Current Date: 04|12|18 | Current Time: 0919 | Patient Account # 1566091 | | Medical Record # 237836 |
|---|---|---|---|---|
| Patient Name: WILLIAMS REGINA | | D.O.B. 08|08|1968 | Patient Age: 49 | Gender F |
| Physician: LABLANCE T | | Family Physician: DECASTRO E | | |

## LUMBAR SPINE EVALUATION

| Date. 4/12/18 | Time: 9:19 | Diagnosis CHRONIC BACK PAIN/DJD/BULGING DISC X2/STENOSIS |
|---|---|---|

### SUBJECTIVE

Duration, location, and nature of pain: CHEIF COMPLAINT OF LB PAIN AND RT BUTTOCK, ALTERED SENSATION IN RT LE DUE TO GSW, INTERMITTENT SHARP PAINS IN RT LE TO FOOT. KNEE SURGERY 2015, REPAIR OF MCL/MENISCAL/PATELLAR DEBRIDEMENT. USES CANE AND W/C AT FACILITY. LBP STARTED IN JUNE, STEROIDS, RESUMED WORKOUT ACTIVITY UNTIL 2.5 MONTHS AGO GRADUALLY INCREASED PAIN/WEAKNESS.

Any specific stain, overuse, or trauma? NO MRI WITH L1 NARROWING, L4-L5 BULGING. 7 STEROID SHOTS, 30 DAY PREDISONE, MEDROL DOSE PACK, 2 ROUNDS OF MN RELAXERS, AND NOW TAKING TRAMADOL. PAIN RATING 8/10. 2 MONTHS REPORTS PROBLEMS WITH INCONTINENCE.

What makes worse? WALKING/SITTING/ BENDING/ COUGHING.

Received/Date Slecker 4|12|18

Entered MARS/Date _____

What makes better? RESTING HELPS, ICE/HEAT NAPROXEN 3X/DAY.

Reviewed/Date 4/12/2018

Plan _____

Numbness or tingling? DECREASED SENSATION RT THIGH/LE SINCE 18 Y.O

History of condition, injury, onset, and treatment: NO PRIOR THERAPY FOR LB. ATTRIBUTES LB PROBLEMS TO HISTORY OF DOMESTIC VIOLENCE.

Other: PMH: HTN, TACYCARDIA,

TESTS: MRI TAKEN 2 WKS AGO.

MEDICATIONS: TRAMADOL/NAPROXEN/ BP MEDS, STOOL SOFTNERS.

HOME ENVIRONMENT: INCARCERATED CURRENTLY.

PRIMARY COMPLAINT: CHIEF COMPLAINT OF LBP WITH DECREASED MOBILITY, ACTIVITY INCREASES PAIN.

### OBJECTIVE

OBSERVATION: 49 Y.O FEMALE. PRESENTS TO P.T. IN W/C THIS DATE.

POSTURE: LEANS UPPER BODY TO LT IN CHAIR, TO DECREASE WB TO RT GLUTEAL/BUTTOCK DUE TO REPORTED PAIN.

PALPATION MODERATE HYPERSENSITIVITY TO PALPAPE LUMBAR SPINE L1-S1 CENTRALLY, RT LUMBAR PARASPINALS AND NUMBNESS REPORTED OVER RT SCIATIC/GLUTEAL REGION.

#### TRUNK AROM

| | |
|---|---|
| Flexion | 30-35 DEG FB PAIN |
| Extension | UNABLE PAIN. |
| (L) Side Flexion | UNABLE DUE TO PAIN |
| (R) Side Flexion | UNABLE DUE TO PAIN |
| (L) Rotation | UNABLE DUE TO PAIN |
| (R) Rotation | UNABLE DUE TO PAIN |

04/12/2018 13:02:31 PM    Page 2    0002/0003

Repeated AROM: UNABLE TO PERFORM

Passive ROM:

Does side gliding alter symptoms?

Reflexes: Patellar: HYPER REFLEXIVE BIL | Achilles:

SLR Test: Sitting: + SLR RT, NEG LT, | Supine:

Sensation:

Strength ANKLE RT 4+/5 DF/PF, LT 5/5 DF/PF. LT KNEE 5/5 FLEX/EXT, RT KNEE:4/5 WITH LB PAIN.HIP FLEXION LT 5/5, RT 4/5 WITH LB PAIN.

Gait: PATIENT AMBULATED 40 FEET WITH FWW SBA X1, AND 40 FEET WITH SPC SBA X1, V/C TO USE OPPOSITE RT LE, OBSERVED AMBULATING 60 FEET TO BATHROOM WITH SPC/GUARD ASSISTEC. MILD LIMP NOTED.

Other: AROM OF LT KNEE/ANKLE WFL'S. AROM OF RT ANKLE WFL, PAIN WITH LT KNEE EXTENSION, FUNCTIONAL ROM NOTED RT KNEE WITH PAIN. OSWESTRY DISABILITY SCORE: 75.5%

## ASSESSMENT

RESPONSE TO TREATMENT: PATIENT DID NOT TOLERATE EVALUATION, BECAME NAUSEOUS WITH INCREASED LBP AND UNABLE TO COMPLETE FULL EVALUATION-RECLINED SUPINE, VITALS TAKEN: 142/95, 98% O2, 81 HR.

PROBLEM LIST: LOW BACK PAIN, WITH RADICULOPATHY RT LE, MILD WEAKNESS RT LE, ALTERED GAIT/MOBILITY.

STG: 1. INITIATE HEP/WALKING PROGRAM FOR LB. EDUCATE ON PROPER TRANSFER FOR SUPINE TO SIT AND SIT TO STAND. EDUCATE IN APPROPRIATE USE OF SPC.

LTG: 1. PATIENT WILL BE INDEPENDENT AND COMPLIANT WITH HEP/WALKING PROGRAM AS TOLERATED AT FACILITY.

## PLAN

FREQUENCY AND DURATION: RECOMMEND CONSULTATION WITH SPECIALIST FOR LB AT THIS TIME, UNABLE TO TOLERATE P.T. SESSION.

TREATMENT: EVALUATION LOW COMPLEXITY, 9:19-10:15 INSTRUCTION VERBALLY IN THER EX'S FOR LB, SKTC WITH TOWEL, PELVIC TILTS, AND LIMITED LBTR SUPINE AS TOL, EDUCATED IN LOG ROLLING FOR SUPINE TO SIT TRANSFER TO DECREASE STRESS TO LB, AND USE OF UE'S FOR SAFE SIT TO STAND, ENCOURAGED SHORT DISTANCES OF WALKING AT FACILITY WITH SPC AS TOLERATED, AND INSTRUCTED IN GAIT USING CANE OPPOSITE RT LE FOR SUPPORT. ALL ACTIVITIES THIS DATE LIMITED DUE TO LB PAIN, RECOMMEND SPECIALIST REFERRAL/CONSULT FOR LB AT THIS TIME. PATIENT UNABLE TO PARTICIPATE WITH P.T.

Education AS ABOVE. CONSULT SPECIALIST RE: POTENTIAL FOR EPIDURAL FOR LB PAIN.

☐ FALL PREVENTION          ☐ HOME SAFETY
☐ HOME EXIT/ENTRANCE MANAGEMENT   ☐ AD INSTRUCTIONS
☐ STAIR AMBULATION         ☐ GAIT
☐ BALANCE              ☐ LEVELS OF ASSISTANCE PROVIDED BY FAMILY MEMBERS

ELECTRONICALLY VIEWED AND SIGNED BY: LINDA HESS RPT. | DATE: 4/12/18 | TIME: 10:15

SIGNED BY: | DATE: | TIME:

04/12/2018 13:07 FAX 8138924433

CAMERON REGIONAL MEDICAL CENTER
CAMERON, MO 64429

--------NAME-------- NUMBER  SEX  AGE  ADMIT  DISC.  XRAY#  F/C  TYPE
WILLIAMS REGINA    + 1561907  F  49  3/21/18  3/21/18  55779  CB4  O/P
DATE OF BIRTH: 08/08/1968  M/R# 237836    PH#: 660-646-4032  RM

LOCATION:                TRANSCRIBED: 03/21/18 14:26 INT
MR LUMBAR SPINE WO CONTRAST * 72148    COMPLETED:03/21/18 14:26 ife 70451
Reason for Procedure: back pain

PHYSICIAN: LABLANCE T

PATIENT MR#: 237836
PATIENT ACCT#: 1561907
PATIENT NAME: WILLIAMS, REGINA
DATE OF BIRTH: 08/08/1968
REFERRING PHYSICIAN: TERRI LABLANCE
EXAM DATE:      3/21/2018
ACCESSION NUMBER: 197045120180321
EXAM DESCRIPTION: MR LUMBAR SPINE WO CONTRAST *

MRI LUMBAR SPINE WITHOUT CONTRAST

Received/Date STeeter 3/23/18

Entered MARS/Date_____

DATE: 3/21/2018 1:20 PM

Reviewed/Date TYL 3/23/2018

Plan_____

INDICATION: Back pain rectal sphincter hypotonia

TECHNIQUE: Magnetic resonance imaging of the lumbar spine was performed to
evaluate the spinal canal and contents. No IV contrast was administered.

COMPARISON: None.

FINDINGS:

Alignment: The alignment of the lumbar spine appears maintained. No significant
subluxation.

1

Marrow signal: The marrow signal of vertebral bodies appears within normal limits. No marrow edema identified to suggest an occult fracture. No marrow replacing lesions.

Vertebral body heights: Appear maintained.

Conus: The conus appears unremarkable. Located in normal position.

Lower thoracic discs: Mild degenerative changes

L1-L2: There is no significant disc bulge or herniation. There is no significant spinal stenosis.

L2-L3: Disc desiccation. 2 mm annular bulge. Facet arthropathy. Mild foraminal narrowing.

L3-L4: Loss of disc height. Disc desiccation. 3 mm annular bulge. Central canal 8 mm. Facet arthropathy. Mild to moderate central and foraminal stenosis.

L4-L5: Disc desiccation. Loss of disc height. Central canal 6 mm. Facet arthropathy. Thickening of the ligamentum flavum. Moderate central foraminal stenosis greater on the left

L5-S1: Disc desiccation. Posterior annular fissure. Facet arthropathy. 3 mm disc protrusion. Central canal 7 mm. Moderate central mild foraminal stenosis

Visualized sacral spine: Where visualized appears unremarkable.

3 mm diameter hyperintense process identified involving the filum terminale extending the length of the lumbar spine most consistent with a lipoma.

2.6 cm left adnexal cystic structure. Fluid within the endometrial canal.

2

IMPRESSION:

1. Moderate diffuse lumbar spondylosis. Multilevel disc degeneration and facet arthropathy.

2. Moderate to stenosis of L4-L5 and L5-S1

3. Multilevel foraminal stenosis

4. Fitum terminale lipoma as described

5. 2.6 cm left adnexal cyst. Fluid within the endometrial canal. Pelvic ultrasound recommended.

Electronically Signed By: Michael Green, DO, Signed On: 3/21/2018 2:22 PMAR-DELL

Read by:     Dr. Michael Green, DO
Transcribed by:
Transcribed Date:
Electronically signed by: Dr. Michael Green, DO
Date signed: 3/21/2018 2:25:48 PM

3

**Generated By:** Batch Process, Healthcare

4794401-CCC    WILLIAMS,086529
03/13/18
LUMBAR SPINE: THREE VIEWS
PURPOSE OF EXAM: pain, urinary incontinence
AP, lateral and coned-down views are submitted. Prior exam
of 09/27/17 is reviewed. Five presacral lumbar vertebral
segments are seen with minimal rotoscoliosis. Subtle
spondylosis is present along the lumbar vertebral body
margins. Focal lytic or blastic changes are not apparent.
Some sclerotic changes are suggested in the posterior
facets at the L4-5 and L5-S1 level.
IMPRESSION:
1. MILD LUMBAR SPONDYLOSIS. NO INDICATION OF ACUTE
FRACTURE OR SPONDYLOLISTHESIS.
SACRUM: TWO VIEWS
PURPOSE OF EXAM: pain, urinary incontinence
Prior images of 09/27/17 is reviewed. There is normal bone
mineral density. The SI articulations appear patent.
Acute/healing osseous injury or healed fracture deformity
is not observed. Several calcifications in the pelvis are
seen, unchanged from previous study. These findings may
represent phleboliths. Other etiologies must be considered
as well.
IMPRESSION:
1. UNREMARKABLE RADIOGRAPHIC APPEARANCE OF THE SACRUM.
2. STABLE APPEARANCE OF PELVIC CALCIFICATIONS.
KENT MCNUTT, DO/lae

**Generated By:** Batch Process, Healthcare

5519301-CCC   WILLIAMS,086529
11/15/17
CERVICAL SPINE: THREE VIEWS
PURPOSE OF EXAM: pain with flexion of neck
Lateral, AP and odontoid views are submitted. Prior studies
or reports are not available for comparison. There is
flattening of the cervical curvature. Subtle marginal
hypertrophic changes are observed. Disc space narrowing is
present at C5-6. Slight torticollis is seen on the AP
image. The lateral masses of C1 and C2 align appropriately.
The occiput is seen superimposing the odontoid.
IMPRESSION:
1. MILD CERVICAL VERTEBRAL SPONDYLOSIS WITH DEGENERATIVE
DISC C5-6.
2. NEGATIVE FINDINGS FOR ACUTE FRACTURE OR
SPONDYLOLISTHESIS.
KENT MCNUTT, DO/lae

*[handwritten notes, partially illegible]*

occiput — The back [...] the skull

torticollis — Nerve supp[...] by the spinal
accessory nerve.

bilateral [...]

60 - $4^2$ $2^2$
60   $12^1$ $3^14$

**Generated By:** Batch Process, Healthcare

5415912-CCC   WILLIAMS,086529
09/27/17
LUMBAR SPINE: THREE VIEWS
PURPOSE OF EXAM: persistent back pain with crepitus
AP, lateral and coned-down views are submitted. Mild
levorotoscoliosis is present through the lumbar segments.
Subtle marginal hypertrophic changes are seen. Focal lytic
or blastic changes are not evident.
IMPRESSION:
1. SUBTLE LUMBAR SPONDYLOSIS AS ABOVE. NO INDICATION OF
ACUTE FRACTURE OR SPONDYLOLISTHESIS.
SACRUM: TWO VIEWS
PURPOSE OF EXAM: persistent back pain with crepitus
The bony structures are intact with no fracture. SI joints
appear intact. A calcification is present in the left
pelvic region, etiology is uncertain. This may represent a
phlebolith though other etiologies must be considered.
COCCYX: TWO VIEWS
PURPOSE OF EXAM: persistent back pain with crepitus
The bony structures are intact with no fracture nor
dislocation. Several pelvic calcifications are seen on the
angled projection indicative of phleboliths. Somewhat
irregular calcifications are present in the left
hemipelvis, exact etiology is undetermined. Comparison to
prior studies may be helpful to establish long-term
stability. If further investigation is desired CT may be a
more sensitive imaging modality.
KENT MCNUTT, DO/lae



RECEIVED MAY 22 2018

18-420



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION REQUEST By *Medical/JMS*

| | INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |

| OFFENDER NAME | | DOC NUMBER |
| WILLIAMS, REGINA | | 86529 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| 05-21-2018 | CCC-18-420 | 5-MEDICAL | 7B109D |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

**STATE YOUR PROBLEM BRIEFLY**

See Attached PAPERS

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

---

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Discussed Concerns

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | | ☒ IRR NOT RESOLVED BY DISCUSSION | |
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE *Leann RN FBA* | DATE 7/13/18 |

**STAFF FINDINGS/RESPONSE**

See Attached

| INVESTIGATING STAFF SIGNATURE | DATE 7.13.18 | RESPONDENT SIGNATURE *Leann RN FBA* | DATE 7/13/18 |
| REVIEWER SIGNATURE *L. Wood Art RN IN354* | DATE 07/19/2018 | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE 7.20.18 |

MO 931-3379 (12-04)

18-420

**Issue** Retaliation by DR. Bredeman DO/OB in the name of CORIZON

**Problem** On the 18 of may 2018 provider LaBlance recieved a E-mail on may 18 2018 along with me having a appointment at 8:00 AM. The Email stated from DR. Bredeman DO/OB is taking away my tramadol 50 mg 3x daily totaling 150 mg 1 at 8:00 AM 2 at 4:00 p.m. The Email stated that I coued not be on tramdol and hueroticn at the same time.

The fact of the matter is; DR. Bredeman DO/OB Authorized on march 26 2018 The Tramadol 50 1 morning 1 night. Then on April 16 2018 DR. Bredeman Authorized Neurotin 300 mg morning and Night Then on may 2 2018 DR. Bredeman Austhrized while already on 100mg of tramadol and 600 mg total daily, approved 50 mg more of tramdol totaling 150mg. So Before Authorizeing all 3 dosage Changes was acceptable until DR. Bredeman was notified of my SRR on may 17 2018 and Then the medication suddenly became contraindicate (tate) Rie; tramadol is for moderate to severe pain. also pain medication doesn't help nervpa Neurotin is a Nerve block and is used for nerve pain and nmage in adults

18-420

The Events occuring The week of may 14, 2018
thru may 18 2018 will show the Blatent
Retaliation ~~of~~ for for filing a DRR.

Monday may 14 2018 I turned in my DRR to my
Case worker for a denial of treatment
of a diagnosed condition

tuesday may 15 2018 saw provider LaBlanc
for a increase of neurotin to 400mg Because
She can only increase neurotin every 30 days
until a achieved amount. (She Said.)

wednesd May 16 2018 I recieved the new 400 mg at window
morning and evening also I paid for my
medical Records 138.20 for law suit.

thursday may 17 2018 I recieved new 400mg neurotin and
tramdol also medical called me to discuss
my DRR it was just turned in 3 days prior
Dr Bredeman got involved told DON that I did
not meet the criteria for a specialist "Verbatum"
mrs. corbin. I chose Not Resolved

friday May 18 2018. provider LaBlance was scheduled
to see me by someone in corizan at 8:00 am
when She saw me she told Dental it won't
be but a minute cause She just saw
Me a comple Days ago. Then to her surprise
Dr Bredeman Email was there. Revoking
one of the medications saying I can't have
both. Both of us in Dismay Because she

~~page~~ of (3)

Not only had the med window been giving me the 400mg dosage since wednesday evening But then I ORRED Then DR Bredeman PO/DR Retaliated ~~again~~

now .09et
Notramdol
But took
me Back to
Down to
300mg in
neurotin
becaebe to

The facts are the facts and Any person will see them as what happened. Dr. Bredeman is inflicting intentional cruel and unusual punishment and Deliberate indiference DR Broademan's PO/OB continual Denial of Granting me access to a specialist who is qualified to address my pain and medical condition, DR. Bredeman along with ignoring my sufficiently serious medical diagnosed condition that significantly changes the quality of life I had before the Diagnosed condition. The extreme pain and the series of cumlative repeated Denials of medically Requested procedures and a request of a need for a specialist. The Art of Retaliation is against federal and state law Coupled with DR. Bredemans PO/OB intentional infliction of pain and severe discomfort with No Choice but to use the Wheel

Chair *Because of the intense pain* my quality of life has been severely affected for almost one year. The eighth Amendment g the Constitution protects me from these acts and therefore place a civil Right Violatior (also still I am only Recieving 300mg *Neurotin this week & is the most I got 8/6/18* 

~~Solution~~ To be sent to a Neurologist *+ PT I Still don't have* per Requested by Cameron Hospital theanpy along with 2 Requests from Provider LaBlance all ingnored. To carry out the specialists orders. To increase the Nuerotin Dosage to compensate for the ~~Tllandol~~ *1055 of* as 400 mg Does Not even touch the pain or Nerve pain I am in leaving pain as all I have for a quality of life. No further Retaliation. *See Amended paper.*

*even though 300mg is still 8/11- I'm recieving 400 I recieved 400 For 3 Days Then Took Back Down o 300mg all weekend! Help!*

Regine Williams 8/6/52?

Continued: I would like to change my 7B desired Result from a adequate Dose of neurotin to No Nuerotin I can not take this Medication by itself or increased even though it helps the nerve pain. I can't sleep my legs crawl My mental health is seriously affected Scary. at the drop of the ...

*added 3 Days AUF of Neurotin 8/11/18*

*2 8/16/18 or 8/11/18?*

On may 21 2018 after self-declaring on the evening of the 20 of may, Not sleeping since thursday even then not good. After the taking of the tramadol the intense pain I have been suffering I can't walk I can't sit now I can't lay down it feels like I have bugs in my legs. I am miserable the neurotin was changed to 8:00pm. Since then I can't sleep my legs feel full of bugs my mental health is serveraly being affected by all of this. I had to refuse so called theanpy in TCU today How in the world when you took the pain med. am I suppose to do theanpy I refused neurotin this morning I have been off all mental health DRugs for all of my diagnosed disorders for one 5 years after DOC 29 classes I have worked very hard to learn to cope with life. I'm begining to drowned I am seeing the mental health phyc Doctor Wednesday. DR. Bedeman cruel descision to decide I don't meet Criteria for Medical health is in-

human

# Informal Resolution Request
## Response

**To: Regina Williams #86529**

**Institution: CCC**

**IRR Number: CCC 18-420**

**Date of IRR: 5/21/18**

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: "to be sent to a neurologist".

Subsequent to review and investigation, the results are as follows; on 3/23/18 the nurse practitioner placed a referral for a neurology consult. She noted you have complained of back pain for eight months and were given a home exercise plan seven months ago. You reported not being able to conduct the home exercise plan due to pain. It was determined medical necessity for the consult was not met. It was noted your MRI showed no cord compression. It was recommended you be placed on duloxetine and start formal physical therapy. You were approved for formal physical therapy on 3/29/18. You were seen by the physical therapist on 4/12/18. They noted you were unable to tolerate the therapy. They issued you a home exercise plan and advised you complete the exercises in pain free ranges. She also encouraged you to walk short distances and noted there was no need for follow-up. On 4/16/18 the nurse practitioner placed another referral for neurology. It was again determined the medical necessity was not met for the consult. It was recommended that your pain be controlled with non-narcotic medication and once you pain was better to re-initiate the physical therapy.

At this time you do not meet criteria for a neurology consult. You are encouraged to increase your mobility as much as possible by conducting the home exercise program you were given and ambulating.

In conclusion, it appears your medical needs were being met appropriately.

If your medical condition changes please address any concerns through the sick call process at your facility.

| 5/22/18 | 07/13/2018 | _Sterling Ream, RN, H.S.A_ |
|---|---|---|
| Date Received | Date of Response | Sterling Ream, RN, H.S.A |

**Complaint : IX**

# Grievance Response

**To: Regina Williams #86529**

**Institution: CCC**

**Grievance Number: CCC 18-420**

**Date of Grievance: 7/23/18**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: "to be sent to a neurologist".

Subsequent to review and investigation, the results are as follows: on 3/23/18 the nurse practitioner placed a referral for a neurology consult. She noted you have complained of back pain for eight months and were given a home exercise plan seven months ago. You reported not being able to conduct the home exercise plan due to pain. It was determined medical necessity for the consult was not met. It was noted your MRI showed no cord compression. It was recommended you be placed on duloxetine and start formal physical therapy. You were approved for formal physical therapy on 3/29/18. You were seen by the physical therapist on 4/12/18. They noted you were unable to tolerate the therapy. They issued you a home exercise plan and advised you complete the exercises in pain free ranges. She also encouraged you to walk short distances and noted there was no need for follow-up. On 4/16/18 the nurse practitioner placed another referral for neurology. It was again determined the medical necessity was not met for the consult. It was recommended that your pain be controlled with non-narcotic medication and once you pain was better to re-initiate the physical therapy. On 8/3/18 you were seen by NP LaBlance to discuss your pain medication. You reported continual difficulty with ambulation due to back pain with radiculopathy. You did report continuing to work on improving on your HEP.

At this time you do not meet criteria for a neurology consult. You are encouraged to increase your mobility as much as possible by conducting the home exercise program you were given and ambulating.

In conclusion,
It appears your medical needs have been met. If your medical condition changes please address any concerns through the sick call process at your facility.

| 7/25/18 | 8/10/18 | _Sterling Rean, RN, HSA_ |
|---------|---------|--------------------------|
| Date Received | Date of Response | Sterling Rean, RN, HSA |

Dr. Epperson

8-28-18

18-420

DUE DATE: 09-01-2018

RECEIVED
JUL 2 5 2018

GRIEVANCE NUMBER
JUL 2 5 2018

IRR NUMBER
CCC-18-420

DATE FILED
07-23-18

| INSTITUTION USE ONLY | By Medical ms |
|---|---|

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| WILLIAMS, REGINA | | 86529 | 7A | 101 | CCC |

**OFFENDER GRIEVANCE/REQUEST**

This Response is verbatium to the Response
I recieved for Grievance number ccc-18-39
Dr. Bredaman Retaliated for my grievance 18-39
The Dates and times are completely mapped out
Retaliation is against my constitutional Right
taking away the Tramadol that he okay along
with the neurotin he also Drawed direct after
he was notified of my grievance along with
me paying for my medical records and sending
them to a lawyer. Dr. Bredinian Retaliated
and we will leave it to the courts to de-
cide mean while leaving me in constant
pain and my quality of life so diminishe

OFFENDER SIGNATURE
R.Williams

DATE
7.23.18

**SUPERINTENDENT RESPONSE**

| SUPERINTENDENT/SECTION HEAD | 113966 | DATE 8-28-18 |
|---|---|---|

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3377 (12-04)

18-420

that I am back on mental
health medications and seeing
a therapist for the way of
life I am being forced
to deal with is cruel
and unusual punishment
And this retaliation is
Blatent and self explana
tory as you Read the
Breakdown of how the
Retaliation went down.
Regina Williams
86529

and
24-71b=7
from +
being
able the
have
quality
of life
I had
prior
to this
at 2016.

## OFFENDER GRIEVANCE APPEAL
## RESPONSE

**TO:**              **Williams, Regina #86529**

**INSTITUTION:**     **Chillicothe Correctional Center**

**GRIEVANCE:**       **CCC-18-420**

**DATE OF APPEAL:**  **September 04, 2018**

Your grievance appeal has been received and reviewed.   As well, your medical record has been reviewed. The purpose of is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you are requesting to be sent to a neurologist.

Upon review of your medical record, grievance records and investigation of your concern I found you have received ongoing care and treatment for your complaint of back pain. It is noted that a home exercise plan was implemented several months ago and you were instructed to walk short distances. It is noted that you have been closely followed by the medical staff for your pain management and physical therapy. Your records show appropriate care and treatment has been given to include follow-up care. I found that your medications/pain medication have been adjusted when medically indicated by your physician/ provider. Your record notes that your MRI showed no cord compression. A referral for neurology was not medically indicated/met for consult at this time.

Conclusion: Based on the above information, your Grievance Appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical/mental health issues by licensed, qualified healthcare professionals with many years of experience.  We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance.  No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

**September 11, 2018** **September 25, 2018**
**Date Received**    **Date of Response**    J. Cofield
                                             Director Operations, Constituent Services

T. Bredeman, D.O. Assoc. Regional Medical Director

18 - 42



## STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE APPEAL

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| CCC 18-420 | 9/4/18 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Williams Regina | 86529 | CCC |

**REASON FOR APPEAL**

The reason for appeal is because none of what I grieved was addressed. DR. Brediman retaliated and abrubtly stopped my tramadol and nurotin both are for the same issue but different reason nurotin address nerve the tramadol the Back pain. I didn't take the tramadol everyday only when needed. The time line I mapped out in my I.R.R. It is Cruel And Unsual Punishment to continue to leave me in pain and placed in a wheelchair to where my quality of life has deminished to Bed and little Movements. The pain and suffering has left me to Seek Mental Health for depression. ect. I Am Ambulating and doing the H.E.D. if for nothing more than to try and keep my Sanity. I may be in prison but I do not deserve to be left in constant pain nerve Back pain

R Williams

DATE 9.4.18

**RESPONSE**





| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3378 (5-03)

Case 5:19-cv-06018-GAF   Document 1-1   Filed 02/12/19   Page 21 of 38

You are denying me medical care. Speciality doctors are apart of my medical Needs constant Chronic pain is cruel and unmoral punishment. DR. Brediman approved My tanadol and Nurotin for Months Until I CRR'd the care then he instantly stopped it. To say you cant be on both is an excuse There are Numerous offenders on tranadol I have a list of people that I will provide in my law suit. You R Medical doctor DR. Brediman has knowily and Blantently Retaliated and stopped My pain medicine and refused the Nurulogist even though on the physical thearpy from Cameron they recomened the Nurulogist. What Corizon is doing is against My 8th Amendment.

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| WILLIAMS, REGINA | 86529 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 05-14-2018 | CCC-18-397 | 5-MEDICAL | 7B109D |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

**STATE YOUR PROBLEM BRIEFLY**

note Book
on Book paper

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | 5·18·18 | K Corbin RN | 5-17-18 |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | | K Corbin RN | 5-20-18 |

| REVIEWER SIGNATURE | DATE | RESULTS | |
|---|---|---|---|
| (scott) AFAU #110591 | 06/05/2018 | ☐ SATISFACTORY | ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (12-04)

complaint: on may 2, 2018 I was informed
by my provider mes. LaBlance
That the Referal She put in foR me
to See a Neurologist was denied by
jefferson city again. This was the
Second time jeff city corizon denied
me to see the Neurologist. In the past
year they have denied 4 different
things Ct scan, mRi, 2 Neurologist
all leaving me in serious pain to
where my quality of life has
change dramatically to a wheel
Chair & pain meds.

Briefly State problem: I have been in
serious pain since late june. This
facility has done everything they
Could do. The problem is jefferson
city corizon has left me in extreme
pain 4 different procedures have
been denied ignoring the obivous
condition and Delaying treatment
  X Ray Showed an issue mrs
LauBlanc put in for a cat Scan
jeff City Said no. So She tried

to help me with several
diffrent things nothing helped
She put in foR MRI They
Said No The pain got So
Bad I couldn't walk couldn't
Sit cRying So DR. Bred man
Was Called She did a pelvic
on his call. it Showed
My Right Side of Vagina Rectum
have no felling I have
less movement in my
Right Side. he Requested
a MRI that went thru.
The provider after the
Results came in put in
foR me to See A Neurologist
that Was Denied Said
to Send me to therapy
I Can't Barely move the
pain is So Bad. How? I
Went to therapy therapy
Said pain was to Bad
therapy even put in
for me to See A Neurologist
So Mrs La Blance put in

for me to see a neurologist
again I was informed
on May 2 2018. My quality
of life has Significantly
Changed leaving me in
a "Condition of urgency"
and putting My health at
Risk for permanent injury
Equina syndrome is life
threatning and Can cause
me to be paralyzed. L-5
is Very close being hermiated
to the Right it has the
propensity to be affected
At Any time. Jefferson
City is Basing there repeated
denials on non medical
factors. These Necessary
procedures are necessary
Because one the provider
Ordered it But two I have
been in Constart pain
for almost 1 year. I have
been here 12 years its
almost time for me to

leave in 2 years. I can't
go to Business Customer
Service Because I can't
sit for 6-7 hours. I am
not supposed to be limited
to buying in my Bed (literally)
I gain 31 lbs. I have
had to stop My monthly
Visit Because I can't sit
Past 10-15 min I can't Cough
Squat Dress out. its so
painful. Taking a Shower
is the worst pain I have
2 do that every 2 days.
also I hate being on
pain meds. I don't want
to leave here in a wheel
chair dependant on meds.
I walked IN. I want to
walk out. Jefferson city
is inflicting cruel and
Unusual punishment
and deliberate indifference
I don't deserve this.
                                    8/15/19
                    Rgiwin

18-397

Action Requested: to be
Sent to a Nenrologist and
foR what eneR he orders
to be fulfilledSo I can go
to Vocational and get Ready
to go into Society (although
I can't get back the year of
pain and Mental suffering)

# Informal Resolution Request
# Response

**To: Williams, Regina # 86529**

**Institution: CCC**

**IRR Number: CCC-18-397**

**Date of IRR: 5/14/2018**

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be, "the medical provider referred you for a Neurologist consults, the referral was denied"

Subsequent to review and investigation, the results are follows; on 4/16/2018 Mrs. Lablance NP submitted a referral for neurology consult. Per UMMD: MRI reveals DJD/Foraminal stenosis no cord compression. Recommendations to treating IM pain objectively rather than subjectively with appropriate non narcotic medications and once pain is controlled re initiating PT.

In conclusion, It has been determined that your healthcare has not been delayed. You saw Mrs. Lablance NP on 5/14/2018 she reviewed your POC and she also increase your Gabapentin 400mg PO BID for pain control.

If your medical condition changes please address any concerns through the sick call process at your facility.

05/14/2018          5/17/2018
Date Received       Date of Response

                                              h Corbin RN
                                              Lugenis Corbin
                                              Director of Nursing

Grievance Category:    I   II   III   IV   V   VI   VII   VIII   IX   X

# Grievance Response

**To: Regina Williams #86529**

**Institution: CCC**

**Grievance Number: CCC 18-397**

**Date of Grievance: 6/1/18**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: the medical provider referred you for a neurologist consult, the referral was denied.

Subsequent to review and investigation, the results are as follows: on 3/23/18 the nurse practitioner placed a referral for a neurology consult. She noted your intractable pain with rectal sphincter hypotonia, moderate lumbar stenosis, annular bulging x 2, decreased mobility, and difficulty performing your ADLS. She noted you have complained of back pain for eight months and were given a home exercise plan seven months ago. You reported not being able to conduct the home exercise plan due to pain. It was determined medical necessity for the consult was not met. It was noted your MRI showed no cord compression. It was recommended you be placed on duloxetine and start formal physical therapy. You were approved for formal physical therapy on 3/29/18. You were seen by the physical therapist on 4/12/18. They noted you were unable to tolerate the therapy. They issued you a home exercise plan and advised you complete the exercises in pain free ranges. She also encouraged you to walk short distances and noted there was no need for follow-up. On 4/16/18 the nurse practitioner placed another referral for neurology. It was again determined the medical necessity was not met for the consult. It was recommended that your pain be controlled with non-narcotic medication and once you pain was better to re-initiate the physical therapy.

At this time you do not meet criteria for a neurology consult. You are encouraged to increase your mobility as much as possible by conducting the home exercise program you were given and ambulating.

In conclusion,
It appears your medical needs have been met. If your medical condition changes please address any concerns through the sick call process at your facility.

_____          _____7/12/18_____

Date Received          Date of Response                    Jenny Meehan RN

Dr. Epperson

7-17-18

18-397

DUE DATE: 07-11-2018

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| CCC 18 397 | CCC-18-397 | 6-1-2018 |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| WILLIAMS, | REGINA | 86529 | 7B | 109D | CCC |

**OFFENDER GRIEVANCE/REQUEST**

To the Answer given on my IRR "That treatment
Was not Delayed." Treatment has been "Delayed" since
The first Denial of a cat Scan in (late) September of 2017, Then
The Denial of a mei; Then The & Denial of The Neurol-
ogist even after Cameron's hospital (Therapy dept)
Requested the Neurologist app also. The repeated
denials leave me in constant Chronic pain, Sleepless
ness and now for months in a wheelchair. She intentional
act of Denying these medicaly nessamy procedures and
also the Excuse of subjectively and objectively
looking at my situation still leaves me in constant
Chronic pain Which is called creul and unsual
punishment. A Specialist is the one who should

OFFENDER SIGNATURE
[signature]
DATE 6-1-18

**SUPERINTENDENT RESPONSE**

SUPERINTENDENT/SECTION HEAD  [signature] 113966
DATE 7-17-18

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION       ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE                      DATE

MO 931-3377 (12-04)

Case 5:19-cv-06018-GAF   Document 1-1   Filed 02/12/19   Page 32 of 38

decide what is needed in my sit-
uation not a DOJ OB. Even though
you say my nerve (spinal) is not
compressed as of now. That is worst
case scenrio That is paralisis That
is Equina Syndrome. I already have
(vaginal Rectal) numbing and loss of mobility + strength
from the swelling +pain But my L-5 is
very close to the compression
Stage (atrophy) At any given moment, fall
accident from Not being mobil
Could (propensity) go into the
Stage of equina Syndrome
And Sadly our medical Staff
is in no way able to get Anything
done quickly, or efficiently as
you can see in the 3 other GRRS
I have pending if they don't "like"
you then they will intentionally
Not give you care especial Sharp
and Halway if it came to me needing
emergency Anything they still
wouldn't do Anything to help me.
So With this being said The Nurologist

Should look at me and determine
what is needed. instead # Both
Requests to See one has Been
denied. In my grievance (ORR) answer
it was stated after pain control
then I will start PT. I have been
in pt for weeks. pt doesn't
fix whats going on yes it
may help me walk again
but at Any given moment I
am back to where I began.
also pt doesn't fix the Chronic
Pain you are intentionally
leaving me in. I want and
need to See a Nurologist and
whatever he deems necessary
I want it done. I want the
cruel and unual punishment
to Stop. The deliberate delaying
of treatment to Stop and I
want no more Retaliation

Regina
Williams
865297B

18397



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| CCC 18 397 | 07-23-18 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Williams Regina | 86529 | CCC |

**REASON FOR APPEAL**

Corizan is allowing me to be in continual pain so for 1 year Because The MRI Shows no cord compression, cord compression can happen at any given time and is not being monitered. Since July of 2017 Where I was 206 lbs. Working out had lost several. Was trying to Rehab my knee Because CCC did not give me physical therapy as Request by the Bettac surgeon who did my knee. I went from walking Running taking care of myself to A wheelchair basically in pain for everything. Walking Standing has become slightly easier. as I try to ambulate more but with doing phone the siatic.

OFFENDER SIGNATURE: R Wilim     DATE 7.23.18

**RESPONSE**



RECEIVED
AUG 0 2 2018
CORIZON HEALTH
MISSOURI REGIONAL OFFICE

RECEIVED
JUL 26 2018
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

SIGNATURE: R Wilim     DATE 12.5.18

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3378 (5-03)

## OFFENDER GRIEVANCE APPEAL RESPONSE

| | |
|---|---|
| **TO:** | Williams, Regina   #86529 |
| **INSTITUTION:** | Chillicothe Correctional Center |
| **GRIEVANCE NUMBER:** | CCC-18-397 |
| **DATE OF APPEAL:** | July 23, 2018 |

Your grievance appeal has been received and reviewed. As well, your healthcare record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your healthcare needs may differ from your personal desires.

I understand your one original IRR complaint to be you allege that you are not receiving adequate medical care for your complaints of back pain.

Upon review of your healthcare record, grievance records and investigation of your concern, I found that an MRI of the lumbar spine was completed on 3/21/18. There was no spinal cord compression noted in the MRI report. You had a follow-up appointment with the provider on 4/3/18. During this appointment the provider explained that conservative treatment must be trialed prior to invasive treatment. You were encouraged to participate in the plan of care and to follow the physical therapist's recommendations. You were evaluated by physical therapy on 4/12/18. You were provided a home exercise program, which included walking and back strengthening exercises. You had a follow-up with the provider on 5/2/18. During this evaluation you reported that you were doing "much better" with your prescribed medication regimen and that you were planning to begin your home exercise program. The provider noted that you were ambulating. During your most recent provider follow-up on 11/3/18, the provider explained why steroid injections were not indicated for your condition and recommended that you lose weight and increase your physical activity. You are currently enrolled in the chronic care chronic pain clinic; therefore you will be evaluated by a provider on a routine basis.

Conclusion: Based on the above information, your grievance appeal is not supported, as outlined above. We rely upon the independent, discretionary medical judgment of the site providers to determine the needed care, medication, and treatment.

This should resolve your grievance. No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

__08/02/2018__
Date Received

__11/12/2018__
Date of Response

S. Moeller

Reviewed by/ Date
T.K. Bredeman, D.O., Assoc Regional
Medical Director

Cc: File, H.S.A., Medical Director

EXPECTED DELIVERY DAY: 02/12/19

USPS TRACKING NUMBER

PRIORI

Regina Williams 8 65829 7A
cell
3157 Litton
Chillicothe Mo 64601

RECEIVED
2019 FEB 12 PM 12: 43
UNITED STATES DISTRICT COURT
WEST. DIST. OF MO.
KANSAS CITY MO.

Legal

U.S. District Court
Office of the Courtclerk
1510 Whittaker court house
400 E Martha Street
Kcmo 64106

This correspondence is from an offender in the
custody of the Missouri Department of Corrections.

The department is not responsible for the contents
of this correspondence. For information about the
department or to verify information about the
offender, please visit our website at
www.doc.mo.gov.

MAILED FROM.
CHILLICOTHE
CORRECTIONAL CENTER

