# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| REGINA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) FILE NO.: 5:19-CV-06018-GAF |
| CORIZON, DR. THOMAS K. BREDEMAN, STORMI MOELLER, JENNY MEEHAN, KAREN EPPERSON, VALICIA KIRBY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

Defendant Corizon, LLC, f/k/a Corizon, Inc., in compliance with Federal Rule of Civil Procedure 7.1, hereby states as follows: Corizon, LLC, f/k/a Corizon, Inc., is a wholly owned subsidiary of Corizon Health, Inc. Corizon Health, Inc. is one hundred percent (100%) owned by Valitás Health Services, Inc. Valitás Health Services, Inc. is a wholly owned subsidiary of Valitás, Inc. which is wholly owned by Valitás Equity, LLC. None of these corporations are publicly held.

Respectfully submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode, Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants Corizon, LLC, Thomas Bredeman, M.D. Stormi Moeller, Jenny Meehan, Karen Epperson and Valicia Kirby*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served via first class U.S. Mail, postage prepaid on this 27th day of March, 2019 to the following:

Regina Williams
#86529
Chillicothe Correctional Center
3151 Litton Road
Chillicothe, MO 64601
*Pro se Plaintiff*

                                              */s/ Libby Cozzoni*