UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| REGINA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO.: 5:19-CV-06018-GAF |
| CORIZON, DR. THOMAS K. ) | |
| BREDEMAN, STORMI MOELLER, ) | |
| JENNY MEEHAN, KAREN EPPERSON, ) | |
| VALICIA KIRBY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that Defendants CORIZON, LLC, THOMAS BREDEMAN, M.D., STORMI MOELLER, JENNY MEEHAN, KAREN EPPERSON, and VALICIA KIRBY ("Corizon Defendants") Initial Disclosures were mailed this 22nd day of July, 2019, by United States Mail, postage prepaid to the following: Regina Williams, #86529, Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, MO 64601.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants Corizon, LLC,
Thomas Bredeman, M.D. Stormi Moeller,
Jenny Meehan, Karen Epperson and Valicia
Kirby*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via first class U.S. Mail, postage prepaid on this 22nd day of July 2019 to the following:

Regina Williams
#86529
Chillicothe Correctional Center
3151 Litton Road
Chillicothe, MO 64601

*Pro se Plaintiff*

                                             */s/ Joan Monninger*