MR. Eckerode
11427 Olde Cabin Road suite 110
St. Louse, Missouri 63141

December 26, 2019

Williams V corozon,

MR Ellenrode I recieved your letter I expect my request for a production of documents in case no 19-6018. I do not need except you to correspond just to do as requested.

Thank you

Regis
Williams
86529

**EXHIBIT C**